772 A.2d 909

## IN THE MATTER OF PHILIP FEINTUCH, AN ATTORNEY AT LAW

May 23, 2001.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 00–070 concluding that **PHILIP FEINTUCH** of **JERSEY CITY**, who was admitted to the bar of this State in 1965, should be reprimanded for violating *RPC* 1.15(a) (negligent misappropriation of client trust funds and improper commingling of funds) and *RPC* 1.15(d) (recordkeeping violations), and good cause appearing;

It is ORDERED that **PHILIP FEINTUCH** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.